UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR MEDICAL PROGRESS, a California corporation, and DAVID DALEIDEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; PLANNED PARENTHOOD FEDERATION OF AMERICA, a New York corporation; PLANNED PARENTHOOD AFFILIATES OF CALIFORNIA, a California corporation; NATIONAL ABORTION FEDERATION, a Missouri corporation; STEMEXPRESS, a California LLC; KAMALA HARRIS, an individual; JILL HABIG, an individual; BETH PARKER, an individual; BRIAN CARDWELL, an individual; REYE DIAZ, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:20-cv-07978-WHO<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION RE BRIEFING SCHEDULE AND STAY OF DISCOVERY<br><br>Current Hearing Date: January 20, 2021<br>Proposed Hearing Date: February 24, 2021<br>Time: 2:00 PM<br>Courtroom: 2, 17th Floor<br><br>Judge: Hon. William H. Orrick |

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

The Court has read and considered the Joint Stipulation Re Briefing Schedule and Stay of Discovery. Good cause appearing, the Court hereby modifies the current hearing dates for Defendants' motions to dismiss and motion to stay, with the new dates being as follows:

- All Defendants' motions to dismiss and stay (ECF Nos. 72, 77, 79, 87, 88, 105, and 171) will be heard on February 24, 2021;
- Plaintiffs' oppositions to Defendants' motions to dismiss and motion to stay are due on January 27, 2021;
- Defendants' responses to Plaintiffs' oppositions are due on February 10, 2021.
- All discovery including third party discovery is stayed pending resolution of Defendants' motions to dismiss and motion to stay (ECF Nos. 72, 77, 79, 87, 88, 105 and 171).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 17, 2020            By: _____
                                        Hon. William H. Orrick
                                        United States District Judge

1.

*[PROPOSED] ORDER ON JOINT STIPULATION RE BRIEFING SCHEDULE AND STAY OF DISCOVERY*