1 | ROB BONTA
  | Attorney General of California
2 | NORMAN D. MORRISON
  | Supervising Deputy Attorney General
3 | DIANA ESQUIVEL
  | Deputy Attorney General
4 | State Bar No. 202954
  |   1300 I Street, Suite 125
5 |   P.O. Box 944255
  |   Sacramento, CA 94244-2550
6 |   Telephone: (916) 210-7320
  |   Facsimile: (916) 322-8288
7 |   E-mail: Diana.Esquivel@doj.ca.gov
  | *Attorneys for Defendant Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **THE CENTER FOR MEDICAL PROGRESS, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **ROB BONTA, in his official capacity as Attorney General of California, et al.,** <br><br> Defendants. | No. 3:20-cv-07978 WHO <br><br> **STIPULATED THIRD REQUEST FOR ORDER CHANGING TIME TO FILE DEFENDANT'S MOTION TO DISMISS, and ~~PROPOSED~~ ORDER** <br> **[L.R. 6-2(a)]** <br><br> Judge: Honorable William H. Orrick <br> Trial Date: None <br> Action Filed: May 12, 2020 |

Under Federal Rules of Civil Procedure 6(b)(1) and Local Rules 6-2(a), the parties, by and through their respective counsel of record, stipulate to and request a one-week extension for Defendant Rob Bonta to file his intended Motion to Dismiss the First Amended Complaint (FAC). This is Defendant's third request for an extension of time. The request will not affect the current August 6, 2025 hearing date. There are no other scheduling deadlines in this case. Defendant contends that good cause exists to grant this stipulated request because despite defense counsel's diligent efforts, she will not be able to file the motion by the current deadline. Plaintiffs' counsel has no objection to the requested extension.

1

On March 25, 2025, the Court held a Case Management Conference following the resolution of Plaintiff Daleiden's criminal proceedings that resulted in the stay of this matter since May 7, 2021. (ECF No. 240.) Plaintiffs' counsel indicated an intent to amend the complaint based on the Court's 2021 ruling on Defendants' motions to dismiss. (ECF Nos. 226, 240.) The Court ordered Plaintiffs to file their amended complaint by May 9, 2025, and set a briefing schedule on Defendants proposed dispositive motions. (ECF No. 240.) Plaintiffs timely filed their FAC and dismissed their Fourth Cause of Action with prejudice and all Defendants except California Attorney General Rob Bonta in his official capacity. (ECF Nos. 244, 245.)

Defendant intends to file a motion to dismiss in response to the FAC. On June 10 and 18, 2025, Defendant requested, and the Court granted, a one-week extension to file the dispositive motion. (ECF Nos. 246-249.) Defendants' motion is currently due on June 25; Plaintiffs' opposition is due July 9; and the reply brief is due July 16. (ECF No. 249.) The hearing on Defendant's motion is scheduled for August 6. (ECF No. 247.) As explained in greater detail in the attached Declaration of Diana Esquivel, Defendant requires more time to complete the motion, and therefore seeks an additional week's extension to file his dispositive motion.

As mentioned above, Defendant previously requested two modifications of the Court's original briefing schedule and one modification of the hearing date for dispositive motions in response to the FAC. There are no other scheduling deadlines in this matter. Another seven-day extension of the briefing deadlines will not unduly delay the prosecution of this case because the current hearing date will not be affected by this request. Plaintiffs have no objection to this requested extension. Defendant therefore requests that the deadlines be enlarged as follows:

| | |
|---|---|
| Deadline to file dispositive motion: | July 2, 2025 |
| Opposition: | July 16, 2025 |
| Reply: | July 23, 2025 |

///

///

///

1  IT IS SO STIPULATED.

2

3  Dated: June 24, 2025                             Respectfully submitted,

4                                                                   ROB BONTA
                                                                       Attorney General of California
5                                                                   NORMAN D. MORRISON
                                                                       Supervising Deputy Attorney General

6                                                                   */s/ Diana Esquivel*

7                                                                   DIANA ESQUIVEL
                                                                       Deputy Attorney General
8                                                                   *Attorneys for Defendant Bonta*

9

10  Dated: June 25, 2025                           */s/ Mark P. Meuser*

11                                                                  Mark P. Meuser (SBN: 231335)
                                                                       DHILLON LAW GROUP, INC.
12                                                                  177 Post Street, Suite 700
                                                                       Tel: 415-433-1700
13                                                                  Fax: 415-520-6593
                                                                       mmeuser@dhillonlaw.com
14                                                                  *Attorneys for Plaintiffs*

15                                          **SIGNATURE ATTESTATION**

16       Under Local Rule 5-1(i)(3), the filer, Diana Esquivel, attests that all other signatories listed

17  above, and on whose behalf the filing is submitted, concur with the filing's content and have

18  authorized the filing.

19                                                                  */s/ Diana Esquivel*_____
                                                                        Diana Esquivel
20

21

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24  Dated: June 26, 2025                           _____
                                                                        William H. Orrick
25                                                                   United States Senior District Judge

26

27

28

3

**DECLARATION OF DIANA ESQUIVEL**

I, Diana Esquivel, declare:

1. I am admitted to practice law in California and before this Court, and am a Deputy Attorney General with the Office of the Attorney General for the State of California, attorneys of record for Defendant Attorney General Rob Bonta.

2. I am requesting an additional seven-day extension to file Defendant's motion to dismiss because more time is needed to complete the internal review process and finalize the motion before I can file it.

3. This is my third request for an extension to file Defendant's dispositive motion. I previously requested two one-week extensions, which the Court granted and that resulted in the current August 6, 2025 hearing date. This requested extension will not affect the current hearing date. Although I have now made three requests for extension of time, the extensions have not been for substantial amounts of time, only totaling 21 days if this request is granted.

4. I require additional time to complete the internal review process because, since my last request, I was unable to complete the draft of the motion sufficiently in advance to allow adequate time for review. As I mentioned in my last request, my trial and mediation preparations in *Botten v. State of California*, *et al*. (C.D. Cal. No. 5:23-cv-0257 KK-SHx) continue despite my filing an interlocutory appeal. These preparations included a mediation on July 19. (I was also out of the office due to an unexpected illness on June 20.) I was unable to finish drafting the motion sufficiently in advance to allow sufficient time to complete the internal review process which normally take 2-3 business days. I have exercised diligence in seeking to accomplish all that needs to be done, but I will be unable to file the motion until competition of the internal review process. I am requesting a week's extension in an abundance of caution given the workload of the reviewers that include unexpected or emergency filings.

5. I do not believe this requested extension will unduly or significantly delay the prosecution of this case. Another week's extension will not affect the current August 6 hearing date. Defendant has good grounds to bring his motion to dismiss, which may dispose of this action.

6. On June 24, 2025, I emailed Plaintiffs' counsel, Mark P. Meuser, to ascertain his position on this requested extension and the reasons for needing another extension. Mr. Meuser responded the same day and indicated that he had no objection to my requested extension.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing statements are true and correct.

Dated:  June 24, 2025                                             ____*/s/ Diana Esquivel*____
                                                                                        Diana Esquivel

SA2020301153
39122943